UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.C. KEETON, #461419, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-4408-G |
| RICK THALER, Director, Texas | ) | |
| Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

The court has entered its order accepting the findings, conclusions and recommendation of the United States Magistrate Judge in this case.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the petitioner's writ of habeas corpus under 28 U.S.C. § 2254 is **TRANSFERRED** to the **Fifth Circuit Court of Appeals** pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

It is further **ORDERED** that the clerk shall transmit a true copy of this judgment, together with a true copy of the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

January 11, 2013.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**