UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.C. KEETON, #461419,                )<br>                                                     )<br>          Petitioner,                      )<br>                                                     )          CIVIL ACTION NO.<br>VS.                                              )<br>                                                     )          3:12-CV-4408-G<br>RICK THALER, Director, Texas   )<br>Department of Criminal Justice,   )<br>Correctional Institutions Division, )<br>                                                     )<br>          Respondent.                  ) | |

## JUDGMENT

The court has entered its order accepting the findings, conclusions and recommendation of the United States Magistrate Judge in this case.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the petitioner's writ of habeas corpus under 28 U.S.C. § 2254 is **TRANSFERRED** to the **Fifth Circuit Court of Appeals** pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

It is further **ORDERED** that the clerk shall transmit a true copy of this judgment, together with a true copy of the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

January 11, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**